## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

|  |  |
|---|---|
| APRIL ADEMILUYI,<br>    *Appellant*,<br>v.<br>HONORABLE ANNE ALBRIGHT,<br>*et al.*,<br>    *Appellees*. | *<br>*<br>*   No. 25-1601<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO DISMISS APPEAL

Under Federal Rule of Appellate Procedure 27 and Local Rule 27(f), Anne Albright, through her attorneys, moves to dismiss this appeal for lack of appellate jurisdiction.

As explained in the Motion to Dismiss Appeal for Lack of Jurisdiction (June 17, 2025) (ECF 15), filed by Judges Sheila Tillerson Adams, DaNeeka V. Cotton, and Michael R. Pearson, which Judge Albright adopts in full, this appeal is untimely because it was filed on May 27, 2025, more than 30 days after the entry of final judgment, which occurred on March 10, 2025.

Accordingly, the motion to dismiss should be granted.

                                         Respectfully submitted,

                                         ANTHONY G. BROWN
                                         Attorney General of Maryland

                                         /s/ Julia Doyle
                                         _____
                                         JULIA DOYLE
                                         Solicitor General
                                         Office of the Attorney General
                                         200 Saint Paul Place, 20th Floor
                                         Baltimore, Maryland  21202
                                         jdoyle@oag.state.md.us
                                         (410) 576-7291
                                         (410) 576-6955 (facsimile)

June 18, 2025                            Attorneys for Appellee

## CERTIFICATE OF SERVICE

I certify that, on this 18th day of June 2025, the foregoing was filed electronically and served on all counsel of record, who are registered CM/ECF users.

                                         /s/ Julia Doyle
                                         _____
                                         Julia Doyle

2